JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/17/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

KATHLEEN CARLSON,

     Plaintiff,

  v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendants.

Case No. 2:19-CV-04643-FMO-AGR

**[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

1　　　　Pursuant to the parties' joint stipulation, this matter is hereby dismissed with

2　prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own

3　costs of suit and attorneys' fees.

4　　　　IT IS SO ORDERED.

5

6　DATED: December 17, 2019　　　　___/s/_____

7　　　　　　　　　　　　　　　　　　Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States District Judge
8